**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SPEYSIDE MEDICAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC COREVALVE, LLC and<br>MEDTRONIC, INC.,<br><br>Defendants. | C.A. No. 20-361-LPS |

**DEFENDANTS MEDTRONIC COREVALVE, LLC AND MEDTRONIC INC.'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.1.2(b), Defendants Medtronic CoreValve, LLC and Medtronic, Inc. (collectively, "Medtronic") respectfully notify the Court of the following supplemental authority in further support of its opposition to Plaintiff Speyside Medical, LLC's Motion for Leave to File Second Amended Complaint (D.I. 54): *Bench Walk Lighting LLC v. LG Innotek Co., Ltd.*, C.A. No. 20-51-RGA, 2021 WL 65071 (D. Del. Jan. 7, 2021) (Report and Recommendation).  A true and correct copy of the *Bench Walk Lighting* Report and Recommendation is attached hereto as Exhibit 1.

The Report and Recommendation in *Bench Walk* issued after Medtronic submitted its opposition letter brief to Speyside's motion.  Though the objections to the *Bench Walk* Report and Recommendation have yet to be resolved, the analysis is relevant to the pleading standards for both willful and indirect infringement.

1

Dated: January 28, 2021

**OF COUNSEL**:

Mark Fowler (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
mark.fowler@us.dlapiper.com

Kathryn Riley Grasso (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
kathryn.riley@us.dlapiper.com

James M. Heintz (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom Drive Suite 300
Reston, VA 20190-5602
Phone: (703) 773-4000
Facsimile: (703) 773-5000
jim.heintz@us.dlapiper.com

Matthew Ganas
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4966
Facsimile: (917) 778-8014
matt.ganas@us.dlapiper.com

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100 Wilmington,
DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Defendants Medtronic CoreValve,
LLC and Medtronic, Inc.*

2