# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEYSIDE MEDICAL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-361-GBW-CJB |
| MEDTRONIC COREVALVE, LLC and MEDTRONIC, INC., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE OF SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

PLEASE TAKE NOTICE that that pursuant to Federal Rule of Civil Procedure 45, Defendants Medtronic CoreValve, LLC and Medtronic, Inc. will serve a Subpoena on Burford Capital LLC on May 11, 2023, or as soon thereafter as service may be effectuated.

PLEASE TAKE FURTHER NOTICE that copies of the subpoenas were provided by e-mail to the following counsel on May 11, 2023:

Jack B. Blumenfeld
Brian P. Egan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Steven C. Cherny
Anne-Raphaëlle Aubry
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue Suite 520
Boston, MA 02199

James E. Baker
Brian P. Biddinger
Jared Kneitel
Matthew Robson
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

RLF1 28900268v.1

|  |  |
|---|---|
| OF COUNSEL: | /s/ *Kelly E. Farnan* |
|  | Kelly E. Farnan (#4395) |
| Moez M. Kaba | Sara M. Metzler (#6509) |
| Christine M. Woodin | Richards, Layton & Finger, P.A. |
| Hueston Hennigan LLP | One Rodney Square |
| 523 W 6th Street, Suite 400 | 920 North King Street |
| Los Angeles, CA 90014 | Wilmington, DE 19801 |
|  | (302) 651-7700 |
|  | farnan@rlf.com |
| Christina V. Rayburn | metzler@rlf.com |
| Hueston Hennigan LLP |  |
| 620 Newport Center Drive, Suite 1300 | *Attorneys for Defendants* |
| Newport Beach, CA 92660 |  |

Dated:  May 11, 2023