# Exhibits 1 - 8 REDACTED IN THEIR ENTIRETY

**Withheld Pursuant to Protective Order**