# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
(302) 498-6216 FAX
began@morrisnichols.com

December 20, 2023

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *Speyside Medical, LLC v. Medtronic Corevalve, LLC et al.*,
      C.A. No. 20-361 (GBW) (CJB)

Dear Judge Williams:

We write to inform you of a conflict with the March 1, 2024 pretrial conference in this case that has arisen on the part of Speyside's lead counsel,  Steven Cherny.  Mr. Cherny and his partner Brian Biddinger (also counsel for Speyside in this matter) have a trial before Judge Noreika (PureWick Corp. v. Sage Products LLC, C.A. No. 22-102-MN) that was recently moved to the week of February 26, 2024, with the last day of trial scheduled for March 1, 2024 – the same day as the pretrial conference in this case.  In view of this conflict, Speyside respectfully requests that the Court reschedule the pretrial conference for the following week, preferably on Monday March 4, subject to the Court's availability.

Counsel for Speyside has raised this conflict with counsel for Medtronic, who proposed that the pretrial conference be moved to the week of February 19, but Mr. Cherny and Mr. Biddinger are not available that week as they will be attending the pretrial conference in the PureWick case and otherwise preparing for that trial.  Counsel for Medtronic also raised the possibility of moving the trial to the week of April 1, but we do not believe that is necessary or appropriate for this case that was filed almost four years ago.

Counsel for Speyside is available should the Court have any questions or wish to discuss this matter with the parties.

The Honorable Gregory B. Williams
December 20, 2023
Page 2

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

BPE/rah

cc:     All Counsel of Record (via electronic mail)