# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
(302) 498-6216 FAX
began@morrisnichols.com

January 3, 2024

The Honorable Gregory B. Williams  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re: *Speyside Medical, LLC v. Medtronic Corevalve, LLC et al.*,
>     C.A. No. 20-361 (GBW) (CJB)

Dear Judge Williams:

    We write on behalf of Plaintiff Speyside Medical regarding the Court's December 28, 2023 Oral Order adjourning the March 11 trial in this matter. D.I. 454. Speyside respectfully requests that the trial be rescheduled for the week of April 1, 2024 if that date is available on the Court's calendar. Counsel for Defendant Medtronic specifically requested that the trial be rescheduled for that time (D.I. 450) and Speyside is available that week as well.

    This case has been pending since March 2020, and was previously stayed for more than a year so that Medtronic could pursue *inter partes* review petitions. Further, the March 1, 2024 conflict of Speyside's lead counsel with the previously scheduled March 1 pretrial conference, which in part led to the adjournment of the trial date, arose when the trial in the *PureWick v. Sage* case was rescheduled for the week of February 26 without a request from the Court or input from the parties regarding counsel's availability. That conflict was in no way the fault of Speyside or its counsel.

    We respectfully request that Speyside not be prejudiced by a further delay in resolution of this case beyond April 1.

The Honorable Gregory B. Williams
January 3, 2024
Page 2

                    Respectfully,

                    */s/ Brian P. Egan*

                    Brian P. Egan (#6227)

BPE/rah

cc:    All Counsel of Record (via electronic mail)