# EXHIBIT A

| | |
|---|---|
| **From:** | Joseph Aronsohn <jaronsohn@hueston.com> |
| **Sent:** | Monday, February 5, 2024 11:11 AM |
| **To:** | Anne-Raphaëlle Aubry; Medtronic/Speyside [INT]; Christina V. Rayburn; Moez M. Kaba; Christine Woodin; Farnan, Kelly E.; Metzler, Sara M. |
| **Cc:** | QE Speyside; Jack Blumenfeld; Egan, Brian P. |
| **Subject:** | Re: Speyside v. Medtronic - pre-trial exchange schedule |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL from jaronsohn@hueston.com]**

Anne,

Thank you for your proposal. As you know, after the parties requested a new trial date, the case was reassigned to Judge Jennifer Hall. Judge Hall has not given the parties any indication that the Court is available for an April trial date. Moreover, the parties are awaiting several significant pre-trial rulings—including on claim construction, motions for summary judgment, and *Daubert* motions—and have not received guidance on when these rulings will issue.

Pending additional guidance from the Court, any exchange would be premature and could cause the parties to incur significant unnecessary cost. We will confer on this issue once a trial date is scheduled.

Best,

Joseph

Joseph Aronsohn

**HUESTON HENNIGAN** LLP

D: 213.788.4375
jaronsohn@hueston.com
Biography

**From:** Anne-Raphaëlle Aubry <anneraphaelleaubry@quinnemanuel.com>
**Date:** Wednesday, January 31, 2024 at 7:17 AM
**To:** Medtronic/Speyside [INT] <medtronic_speyside@hueston.com>, Christina V. Rayburn <crayburn@hueston.com>, Moez M. Kaba <mkaba@hueston.com>, Christine Woodin <cwoodin@hueston.com>, Farnan, Kelly E. <Farnan@RLF.com>, Metzler, Sara M. <Metzler@rlf.com>
**Cc:** QE Speyside <qespeyside@quinnemanuel.com>, Jack Blumenfeld <jblumenfeld@morrisnichols.com>, Egan, Brian P. <began@morrisnichols.com>
**Subject:** Speyside v. Medtronic - pre-trial exchange schedule

Counsel,

Below is an updated pre-trial exchange proposal. Because the last submissions that the parties made to the Court requested an April 1st trial date, we believe the parties should work together to make sure the case is ready for trial by April 1st.  If the Court decides on a later trial date in the interim, we can adjust the schedule, if necessary.

Please let us know your thoughts on the proposed schedule as soon as possible.

Best,

Anne

| Description | Speyside's Update Pre-Trial Exchange Proposal |
|---|---|
| Speyside serves draft Pretrial Order (including Joint Statement of Uncontested Facts) | Feb. 14, 2024 |
| Parties serve Exhibit Lists | Feb. 16, 2024 |
| Parties serve Deposition Designations | Feb. 16, 2024 |
| Parties serve Witness Lists (including identification of witnesses being made available for trial) | Feb. 16, 2024 |
| Speyside serves draft Preliminary and Final Jury Instructions, Voir Dire, and Verdict Form | Feb. 21, 2024 |

| | |
|---|---|
| Parties meet and confer regarding MILs | Feb. 23, 2024 |
| Parties serve MILs | ~~Feb. 26, 2024~~ |
| Medtronic serves edits to draft Pretrial Order | March 1, 2024 |
| Parties serve objections to Witness Lists | March 5, 2024 |
| Parties serve objections to Exhibit Lists | March 5, 2024 |
| Parties serve objections to Deposition Designations and Counter-Designations | March 5, 2024 |
| Medtronic serves responses to draft Preliminary and Final Jury Instructions, Voir Dire, and Verdict Form | March 6, 2024 |
| Parties serve responses to MILs | March 8, 2024 |
| Parties meet and confer regarding Preliminary and Final Jury Instructions, Voir Dire, and Verdict Form | March 13, 2024 |
| Parties serve objections to Counter-Designations | March 13, 2024 |
| Parties exchange final edits to draft Pretrial Order | March 13, 2024 |
| Parties serve replies to MILs | March 15, 2024 |
| Proposed Pretrial Order and MILs ready for filing | March 18, 2024 |
| Preliminary and Final Jury Instructions, Voir Dire, and Verdict Form ready for filing | March 18, 2024 |

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.