IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEYSIDE MEDICAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC COREVALVE, LLC and MEDTRONIC, INC.,<br><br>Defendants. | C.A. No. 20-361-JLH |

## ORDER

Having reviewed the parties' June 27, 2024 letter (D.I. 501), which states that "Speyside does not oppose Medtronic's motion for summary judgment of non-infringement of the asserted claims of the '118 Patent (D.I. 334)" and that "the parties agree that motion should be granted," IT IS HEREBY ORDERED that Medtronic's motion for summary judgment of non-infringement of the asserted claims of the '118 Patent (D.I. 334) is GRANTED.  Moreover, in view of the parties' "agree[ment] that Speyside's motions for summary judgment of IPR Estoppel (D.I. [346] Motion Nos. 1 and 2), which relate solely to the '118 Patent, are [] moot" (D.I. 501), IT IS FURTHER ORDERED that Speyside's motions for summary judgment of IPR Estoppel (D.I. 346, Motion Nos. 1 and 2) are DISMISSED as moot.

IT IS FURTHER ORDERED that Medtronic's request for supplemental briefing on its motion to exclude Dr. Vellturo's testimony (D.I. 501) is GRANTED.  The briefing schedule will proceed as follows: (1) a three-page letter by Medtronic by June 30, 2024; (2) a three-page response by Speyside by July 5, 2024; and (3) a one-page reply by Medtronic by July 8, 2024.

June 28, 2024

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE